UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Thomasina Tara Cochran,

               Plaintiff,

   - against -

Jefferson Capital Systems, LLC.

              Defendants.
------------------------------------------------------------X

24-cv-1435 (VSB) (RWL)

**TELEPHONE CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This case has been referred to me for Settlement. A Pre-Settlement telephone conference will be rescheduled for **July 10, at 9:30 a.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2024
         New York, New York