UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  Thomasina Tara Cochran,                     :

                                           Plaintiff,   :

          - against -                        :

  Jefferson Capital Systems, LLC.        :
                                   Defendants. :
------------------------------------------------------------X

24-cv-1435 (VSB) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **August 5, 2024, at 2:00 p.m. to be conducted via Microsoft Teams.** A link for Microsoft Teams will be emailed to the parties, one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than July 29, 2024, by 5:00 p.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  6/25/2024
       New York, New York

Copies transmitted this date to all parties of record